**Rickey C. ROCCIA, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 02–3010.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2002.

ORDER

The order of dismissal and the mandate dated December 13, 2002 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief from the date of filing of this order.

**Lawrence I. WECHSLER, Plaintiff–Appellant,**

v.

**MACKE INTERNATIONAL TRADE, INC. and Anthony O'Rourke, Defendants–Appellees,**

and

**Petsmart, Inc., Defendant.**

No. 02–1265.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2002.

Before CLEVENGER, SCHALL, and LINN, Circuit Judges.

ON MOTION

*ORDER*

By motion, Plaintiff–Appellant, requests reinstatement of this appeal, which was dismissed by this court, sua sponte, for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.